No. 97–569. BURLINGTON INDUSTRIES, INC. v. ELLERTH. C. A. 7th Cir. Motion of Chamber of Commerce of the United States of America for leave to file a brief as amicus curiae granted. Certiorari granted limited to Question 1 presented by the petition. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 4, 1998. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 30, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, April 14, 1998. This Court's Rule 29.2 does not apply.

No. 97–634. PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL. v. YESKEY. C. A. 3d Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 4, 1998. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 30, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, April 14, 1998. This Court's Rule 29.2 does not apply.